UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHANNON SCHENCK, for Herself and others similarly situated | : | Case No. 3:16-cv-0179 |
| | : | Judge Thomas M. Rose |
| Plaintiff, | : | |
| v. | : | |
| B. E. SCHENCK & ASSOCIATES, LLC, et al., | : | |
| Defendants. | : | |

_____

**ENTRY AND ORDER GRANTING JOINT MOTION TO APPROVE
SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT
AND DISMISS ACTION (DOC. 8)**

_____

This matter is before the Court on the parties' Joint Motion to Approve Settlement under the Fair Labor Standards Act and Dismiss Action ("Joint Motion to Approve Settlement") (Doc. 8).  The Court, having reviewed the Settlement Agreement and General Release (Doc. 8-1) and been sufficiently advised by the parties, concludes that the proposed settlement is fair and reasonable.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Approve Settlement (Doc. 8) is **GRANTED**.  In their Settlement Agreement and General Release, the parties requested the Court to retain jurisdiction to enforce the terms of the Settlement Agreement and General Release consistent with *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).  **THUS, IT IS FURTHER ORDERED**:

1.      The terms and conditions of the Settlement Agreement and General Release are incorporated herein.

2.      By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement and General Release.

3.      Except as necessary to enforce the terms of the Settlement Agreement and General Release, this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, July 7, 2016.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE